United States District Court
Western District Of Texas
Austin Division

| | |
|---|---|
| **Marie Pfau**,<br><br>   Plaintiff,<br><br>v.<br><br>**Janet Yellen,** Secretary of the Treasury, in her Official Capacity,<br><br>   Defendant. | No. 1:18-cv-0422-RP |

### Defendant's Amended Notice to the Court

TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE:

NOW COMES Defendant Janet Yellen, Secretary of the Treasury, in her Official Capacity, by and through the U.S. Attorney for the Western District of Texas, and submits this Amended Notice to the Court, containing amended materials required by Local Rule CV-16(e) and as ordered by this Court (DE 39).

| | |
|---|---|
| **Rule 16(e)(1)** A list of questions the parties desires the court to ask prospective jurors. | Exhibit No. 1 |
| **Rule 16(e)(2)** In cases to be tried to a jury, a statement of the party's claims or defenses to be used by the court in conducting voir dire.  The statement shall be no longer than ½ page with type double-spaced. | Exhibit No. 2 |
| **Rule 16(e)(3)** A list of stipulated facts | Not Applicable |
| **Rule 16(e)(4)** An appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises. | Exhibit No. 3 |

| | |
|---|---|
| **Rule 16(e)(5)** The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom the party may call if the need arises. | Exhibit No. 4 |
| **Rule 16(e)(6)** The name of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered ( except those to be used for impeachment only) and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony. | Not Applicable |
| **Rule 16(e)(7)** Proposed jury instruction and verdict forms. | Exhibit No. 5 |
| **Rule 16(e)(8)** In nonjury trials, Proposed Findings of Fact and Conclusions of Law | Not Applicable |
| **Rule 16(e)(9)** Any motions in limine. | Not Applicable |
| **Rule 16(e)(10)** An estimate of the probable length of trial | 3 Days |

Dated: May 20, 2021								Respectfully submitted,

                 **Ashley C. Hoff**
                 United States Attorney

By: */s/ Kartik Venguswamy*
   **Kartik N. Venguswamy**
   Assistant United States Attorney
   State Bar No. 24110801

   **Kristina S. Baehr**
   Assistant United States Attorney
   State Bar No. 24080780

   U.S. Attorney's Office
   903 San Jacinto Blvd., Suite 334
   Austin, Texas  78701
   (512) 370-1294 (phone)
   (512) 916-5854 (fax)
   kartik.venguswamy2@usdoj.gov
   kristina.baehr@usdoj.gov

   **ATTORNEYS FOR DEFENDANT**
   **JANET YELLEN**

## CERTIFICATE OF SERVICE

      I certify that on May 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this case.

                                                  */s/ Kartik Venguswamy*
                                                  KARTIK N. VENGUSWAMY
                                                  Assistant United States Attorney